1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JUAREZ,<br><br>              Plaintiff,<br><br>       v.<br><br>W. KOBOR, et al.,<br><br>              Defendants. | Case No.: 1:14-cv-00016-SAB (PC)<br><br>SECOND ORDER TO SUBMIT SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY (30) DAYS |

Plaintiff , a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, Plaintiff's application to proceed in forma pauperis was deficient in that it did not include Plaintiff's original signature.  Each document submitted for filing must include the original signature of the filing part or parties.  Local Rule 131; Fed. R. Civ. P. 11(a).

On January 10, 2014, the Court ordered Plaintiff to submit a signed application to proceed in forma pauperis or pay the filing fee within thirty days from the date of service.  Plaintiff failed to respond to the Court's order.  The Court will grant Plaintiff one additional opportunity to submit the proper application to proceed in forma pauperis which includes his original signature or pay the applicable filing fee, or the action will be dismissed for failure to comply with a court order.

///
///

1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.    Within thirty (30) days of the date of service of this order, Plaintiff shall re-submit the

3    enclosed application to proceed in forma pauperis, with Plaintiff's original signature, or in the

4    alternative, pay the $400.00 filing fee for this action.

5        2.    Failure to comply with this order will result in dismissal of this action.

6

7    IT IS SO ORDERED.

8    Dated:   __February 25, 2014__

9                                                              UNITED STATES MAGISTRATE JUDGE

2