UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JUAREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>W. KOBOR, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-00016-SAB (PC)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S REQUEST FOR A RESPONSE TO MOTION TO PROCEED IN FORMA PAUPERIS<br><br>[ECF No. 15] |

Plaintiff Jose Juarez is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 13, 2014, Plaintiff filed a request for a response to his motion to proceed in forma pauperis. Inasmuch as Plaintiff was granted in forma pauperis status on March 25, 2014, Plaintiff's request for an order on such request is DENIED as MOOT.

IT IS SO ORDERED.

Dated:  **March 26, 2014**

UNITED STATES MAGISTRATE JUDGE

1