UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JUAREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>W. KOKOR, et al.,<br><br>　　　　　Defendants. | 1:14-cv-00016-SAB (PC)<br><br>ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(ECF No. 20) |

　　　　Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

　　　　On April 14, 2014, plaintiff filed an application to proceed in forma pauperis. Due to the fact that the court granted plaintiff's previous application to proceed in forma pauperis in the present case on March 25, 2014, IT IS HEREBY ORDERED THAT plaintiff's application of April 14, 2014, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

　　Dated:　**April 21, 2014**　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1